IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60095
Conference Calendar

_____

JAMES T. GRUBBS,

                                        Plaintiff-Appellant,

versus

LLOYD JONES,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:94-CV-238-LN
- - - - - - - - - -
August 22, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     James T. Grubbs, #A84404, appeals the dismissal of his civil rights complaint against the late Sheriff Lloyd C. Jones of Simpson County, Mississippi.  Grubbs moves to join new defendants and to amend his complaint.  Grubbs does not discuss whether the district court erred by dismissing his complaint pursuant to FED. R. CIV. P. 25(a) for failure to substitute new defendants within

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

90 days of suggestion of Jones's death; Grubbs consequently has failed to brief the relevant issue for appeal. *Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987).

This appeal is frivolous. We caution Grubbs that any additional frivolous appeals filed by him will invite the imposition of sanctions. To avoid sanctions, Grubbs is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

Finally, Grubbs's motion to join new defendants is DENIED; his motion to amend his complaint also is DENIED.

APPEAL DISMISSED. 5TH CIR. R. 42.2. SANCTIONS WARNING ISSUED. MOTIONS DENIED.